IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHERE NEWBERNE,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )        Case No 7:12-CV-80 (HL)
MICHAEL J. ASTRUE,                 )
Commissioner of                    )
Social Security,                   )
                                   )
          Defendant.               )

<u>ORDER</u>

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, this Court remands this action for further administrative proceedings.  Upon remand, the Commissioner will further evaluate Plaintiff's application for disability for the entire period at issue and determine the precise established onset date, if appropriate.  The Commissioner will also re-evaluate the opinion evidence and, if necessary, obtain vocational expert evidence. Plaintiff will have an opportunity to supplement and update the record prior to the issuance of a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 6th day of December , 2012

S/Hugh Lawson

HUGH LAWSON
Senior United States District Judge

.