IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHERE NEWBERNE,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE, Commissioner,**<br><br>　　　　Defendant. | Civil Action 7:12-CV-80 (HL) |

### ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 15). Plaintiff seeks an attorney's fee award in the amount of $4,425.54. The Commissioner does not oppose the award. Accordingly, the Motion for Attorney's Fees is granted. Plaintiff shall receive $4,425.54 in attorney's fees. These fees shall be paid directly to Plaintiff and delivered to Plaintiff's counsel.

**SO ORDERED**, this the 15th day of February, 2013.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh